ACCEPTED
15-24-00073-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/14/2025 9:28 AM
CHRISTOPHER A. PRINE
CLERK



FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/14/2025 9:28:49 AM
CHRISTOPHER A. PRINE
Clerk

**Houston Office**
5308 Ashbrook
HOUSTON, TEXAS 77081

**Dallas Office**
4516 Lovers' Lane, #204
DALLAS, TEXAS 75225

'Mark D. Downey*
mdowney@dlawgrp.com
DIRECT DIAL: (214) 764-7279
Board Certified In Personal Injury Trial Law
By the Texas Board Of Legal Specialization

February 14, 2025

Fifteenth Court of Appeals
Attn: Christopher A. Prine, Clerk
P.O. Box 12852
Austin, Texas 78711
**\*DELIVERED VIA EFILE\***

RE:    Court of Appeals Number:    15-24-00073-CV
        Trial Court Case Number:    D-1-GN-22-003365
        Style:    Texas Department of Insurance v. Som Thomas

Dear Clerk,

Pursuant to your February 13, 2025 request, please be advised that Mark D. Downey will be appearing on behalf of Appellee, Som Thomas, to present oral argument in the referenced matter as currently scheduled for Tuesday, March 25, 2025 at 1:00 p.m. .

Should you have any questions, please do not hesitate to contact me at 214-764-7279 or via email at mdowney@dlawgrp.com.

Thank you.

Very truly yours,

Mark D. Downey, Esq.

*Licensed in Texas and Colorado

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mark Downey on behalf of Mark David Downey
Bar No. 793637
mdowney@dlawgrp.com
Envelope ID: 97383435
Filing Code Description: Other Document
Filing Description: Appellee's Notice of Appearance at Oral Argument
Status as of 2/14/2025 9:35 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 2/14/2025 9:28:49 AM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 2/14/2025 9:28:49 AM | SENT |
| Mark DDowney | | mdowney@dlawgrp.com | 2/14/2025 9:28:49 AM | SENT |